IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATRINA A. WILLIAMS,

      Plaintiff,

v.                                              Case No. 18-2096-JAR

UNITED HEALTH GROUP, et al,

      Defendants.

## **ORDER**

Plaintiff has filed motion for leave to file a second amended complaint that adds additional defendants to her case (ECF No. 8). The motion, however, only lists the names of the proposed additional defendants; it does not suggest how the individuals are related to this case. Moreover, plaintiff did not attach a copy of her proposed second amended complaint, as required by D. Kan. Rule 15.1(a). Therefore, the court denies plaintiff leave to amend at this time. Should plaintiff wish to file a subsequent motion for leave to amend her complaint, she must attach to the motion a proposed second amended complaint that states how each named defendant is involved in the facts underlying plaintiff's claims.

A copy of this order shall be served on the pro se plaintiff by regular mail.

IT IS SO ORDERED.

Dated March 21, 2018, at Kansas City, Kansas.

                                                                s/ James P. O'Hara
                                                                 James P. O'Hara
                                                                 U.S. Magistrate Judge