UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATRINA A. WILLIAMS,

        Plaintiff,

v.                                   Case No. 18-2096-JAR

UNITED HEALTH GROUP, et al.,

        Defendants.

## ORDER

      Plaintiff's attorney, Cecilia Brown, has filed a motion to withdraw as counsel (ECF No. 33).  In an order issued earlier today, the court noted: "Because plaintiff will be left without counsel, D. Kan. Rule 83.5.5(a) applies. Counsel has satisfied subsections (1) and (3) of the rule, but until subsections (2) and (4) are satisfied, the court may not grant the motion."[1]  Thereafter, Brown filed suggestions in support of her motion to withdraw (ECF No. 35).  Brown noted that she has filed proof that plaintiff received her motion to withdraw via e-mail.  Service of the motion to withdraw via e-mail does not satisfy Rule 83.5.5(a)(2) or (a)(4), so Brown's suggestions in support of her motion do not address the court's concerns.  The motion to withdraw will remain pending until Brown complies with the local rule.

---

[1] ECF No. 34.

The court is certain plaintiff is aware that her deadline to (1) reply to the motion for leave to amend complaint (ECF No. 25) and (2) respond to the motion to dismiss for failure to state a claim (ECF No. 27) is today.  As a practical matter, given the filing of Brown's motion to withdraw on this due date, the court on its own motion hereby extends the deadline for both briefs to **June 4, 2018**.  Plaintiff is warned that she is responsible for submitting her reply and response, respectively, by that date.

As a courtesy, the court will send a copy of this order to plaintiff's personal e-mail address.

IT IS SO ORDERED.

Dated May 21, 2018, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge