UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATRINA A. WILLIAMS,

    Plaintiff,

v.                                           Case No. 18-2096-HLT

UNITED HEALTH GROUP,

    Defendant.

## SECOND AMENDED SCHEDULING ORDER

Plaintiff has filed a motion to "continue" the scheduling order until April 8, 2019 (ECF No. 76) and a supplemental motion making the same request (ECF No. 78). Defendant has responded by filing a "consent motion" stating it does not oppose a continuance (ECF No. 79). For good cause shown, the motions are granted and the first amended scheduling order (ECF No. 62) is amended as follows.

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Jointly filed mediation notice, or confidential settlement reports to magistrate judge | **April 8, 2019** |
| Mediation completed | **May 10, 2019** |
| Supplementation of initial disclosures | **40 days before deadline for completion of all discovery** |
| All discovery completed | **May 17, 2019** |
| All potentially dispositive motions (e.g., summary judgment) | **July 1, 2019** |

| Proposed pretrial order due | **May 28, 2019** |
|---|---|
| Pretrial conference | **June 6, 2019 at 9:00 AM** |
| Trial | **February 18, 2020 at 9:30 AM** |

All other provisions of the first amended scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 14, 2019, at Kansas City, Kansas.

s/James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge