# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KATRINA A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-2096 |
| | ) | |
| UNITEDHEALTH GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## **FOURTH AMENDED SCHEDULING ORDER**

Upon motion of defendant United Health Group, with the consent of plaintiff as to the extension of the discovery deadline, and for good cause shown, it is hereby ordered that the Third Amended Scheduling Order is amended as follows:

1. All discovery must be commenced or served in time to be completed by **October 16, 2019**.

2. The deadline for the filing of dispositive motions is extended up to and including **January 2, 2020**.

3. Pursuant to Fed. R. Civ. P. 16(e), the undersigned judge will conduct a pretrial conference on **November 14, 2019, at 9:00 a.m.**, in the U.S. Courthouse, Courtroom 223, Kansas City, Kansas. No later than **October 30, 2019**, defense counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to *ksd_ohara_chambers@ksd.uscourts.gov*. The proposed pretrial order must

not be filed with the Clerk's Office. It must be in the form available on the court's website:

*http://ksd.uscourts.gov/index.php/forms/?open=CivilForms*

The parties must affix their signatures to the proposed pretrial order according to the procedures governing multiple signatures set forth in paragraphs II(C) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

4. If defendant files a motion for sanctions with regard to PHI, that motion must be filed no later than **October 30, 2019**.

5. This case remains set for trial on Judge Teeter's docket beginning on **July 20, 2020, at 9:00 a.m.** Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with Judge Teeter's courtroom deputy to determine the day of the docket on which trial of the case actually will begin. The trial setting may be changed only by order of Judge Teeter. The parties and counsel are advised that any future request for extension of deadlines that includes a request to extend the dispositive motion deadline will likely result in a new (i.e., later) trial date.

IT IS SO ORDERED.

Dated August 14, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge