IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATRINA A. WILLIAMS, )
)
    Plaintiff, )
)
v. ) Case No. 2:18-cv-02096
)
UNITEDHEALTH GROUP, )
)
    Defendant. )

## **ORDER**

The court recently amended the fourth amended scheduling order (ECF No. 115) to allow defendant until November 4, 2019, to take plaintiff's two-hour deposition regarding the protected health information (PHI) issues in this case (ECF No. 148). Defendant noticed the deposition for October 28, 2019 (ECF No. 149). Shortly after the deposition began, pro se plaintiff Ms. Williams notified defense counsel she had taken a prescription medication that morning that might render her unable to concentrate and think clearly during the deposition. Based on the foregoing, the court canceled the deposition for the day.

In light of various delays and outstanding discovery issues, the case is no longer on track for the July 20, 2020 trial date. Rather than continue to grant ad hoc short extensions, the court will vacate the deadlines in the fourth amended scheduling order to allow the parties ample time to conduct the necessary discovery and adequately prepare the case for trial. The court hereby vacates the October 30, 2019 deadline to submit the parties'

proposed pretrial order, as well as the January 2, 2020 deadline for the filing of dispositive motions. The November 14, 2019 pretrial conference is canceled. The July 20, 2020 trial date is vacated.

The court plans to internally review the status of the case after the new year to evaluate whether the parties are ready to proceed, i.e. whether plaintiff's deposition and any other depositions are completed and whether the parties have conferred and prepared their proposed pretrial order. That said, the parties may submit their proposed pretrial order earlier, and the court will potentially re-set the trial date at that time.

Dated October 28, 2019, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge